Fill in this information to identify the case:

United States Bankruptcy Court for the:

<u>SOUTHERN</u>  District of  NEW YORK
                              (State)

Case number (If known): _____  Chapter 7

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual         12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   Check one:
   ☐ Chapter 7
   ☒ Chapter 11

## Part 2: Identify the Debtor

2. **Debtor's name**    Laurels Of Fallsburg LLC

3. **Other names you know the debtor has used in the last 8 years**
   Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**
   ☒ Unknown
   __ __ - __ __ __ __ __ __ __
   EIN

5. **Debtor's address**

   Principal place of business

   5 Red Maple Ct.

   South Fallsburg    NY    12779
                      State  ZIP Code

   Sullivan
   County

   Mailing address, if different

   Number   Street

   P.O. Box

   City    State    ZIP Code

   Location of principal assets, if different from principal place of business

   Number   Street

   City    State    ZIP Code

Debtor _Laurels Of Fallsburg LLC_
Name

Case number (if known)_____

| 6. | Debtor's website (URL) | _____ |

| 7. | Type of debtor | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other type of debtor. Specify: _____ |

| 8. | Type of debtor's business | Check one: |
| | | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | | ☒ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | | ☐ None of the types of business listed. |
| | | ☐ Unknown type of business. |

| 9. | To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor? | ☒ No |
| | | ☐ Yes. Debtor _____ Relationship _____ |
| | | District _____ Date filed _____ Case number, if known _____ |
| | | MM / DD / YYYY |
| | | Debtor _____ Relationship _____ |
| | | District _____ Date filed _____ Case number, if known _____ |
| | | MM / DD / YYYY |

## Part 3: Report About the Case

| 10. | Venue | Check one: |
| | | ☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district. |
| | | ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district. |

| 11. | Allegations | Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b). |
| | | The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a). |
| | | *At least one box must be checked:* |
| | | ☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount. |
| | | ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. |

| 12. | Has there been a transfer of any claim against the debtor by or to any petitioner? | ☒ No |
| | | ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a). |

Official Form 205       Involuntary Petition Against a Non-Individual       page 2

Debtor _Laurels Of Fallsburg LLC_
        Name

Case number (if known) _____

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Israel Meir Farkash | Judgment | $ 120,225.00 |
| | | $ |
| | | $ |
| | Total of petitioners' claims | $ 120,225.00 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner

Israel Meir Farkash
Name

9 Ramsey Terr
Number    Street

Fair Lawn       NJ       07410
City            State    ZIP Code

Name and mailing address of petitioner's representative, if any

_____
Name

_____
Number    Street

_____
City      State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  08/17/2025
            MM / DD / YYYY

X _[signature]_
Signature of petitioner or representative, including representative's title

**Attorneys**

_____
Printed name

_____
Firm name, if any

_____
Number    Street

_____
City      State    ZIP Code

Contact phone _____  Email _____

Bar number _____

State _____

X _____
Signature of attorney

Date signed _____
           MM / DD / YYYY

Official Form 205              Involuntary Petition Against a Non-Individual              page 3

Debtor  __Laurels Of Fallsburg LLC_____  Case number *(if known)*_____
         Name

**Name and mailing address of petitioner**

_____
Name

_____
Number    Street

_____
City                State        ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____
City                State        ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  _____
            MM / DD / YYYY

✘ _____
Signature of petitioner or representative, including representative's title

_____
Printed name

_____
Firm name, if any

_____
Number    Street

_____
City                State        ZIP Code

Contact phone _____ Email _____

Bar number _____

State _____

✘ _____
Signature of attorney

Date signed  _____
           MM / DD / YYYY

---

**Name and mailing address of petitioner**

_____
Name

_____
Number    Street

_____
City                State        ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____
City                State        ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  _____
           MM / DD / YYYY

✘ _____
Signature of petitioner or representative, including representative's title

_____
Printed name

_____
Firm name, if any

_____
Number    Street

_____
City                State        ZIP Code

Contact phone _____ Email _____

Bar number _____

State _____

✘ _____
Signature of attorney

Date signed  _____
           MM / DD / YYYY