**RETURN DATE: Tuesday, April 21, 2026 at 10:00 a.m.**
**OBJECTIONS DUE: Tuesday, April 14, 2026 at 4:00 p.m.**
**POUGHKEEPSIE MATTERS**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**POUGHKEEPSIE DIVISION**

| | |
|---|---|
| In re:<br>**LAURELS OF FALLSBURG LLC,**<br>Alleged Debtor. | **Case No. 25-35887**<br>**(KYP)**<br>(Chapter 11) |
| In re:<br>**651 LAKES LLC,**<br>Alleged Debtor. | **Case No. 25-35891**<br>**(KYP)**<br>(Chapter 7) |
| In re:<br>**MAGICSOFT GROUP, INC.,**<br>Alleged Debtor. | **Case No. 25-35888**<br>**(KYP)**<br>(Chapter 7) |
| **ARON BERLIN, et al.,**<br>Plaintiffs,<br>v.<br>**JENNIFER SAFKEN, et al.,**<br>Defendants. | **Adv. Pro. No. 25-09019**<br>**(KYP)** |

# CORRECTED MOTION TO CORRECT THE RECORD, FOR PROTECTIVE RELIEF, AND DECLARATION OF AHRON BERLIN (FILED IN CLARIFICATION OF DOCKET NO. 43)

This corrected motion is filed because Docket No. 43 was entered on the docket as a letter, although the filing sought motion relief. This corrected motion is submitted in clarification of, and to the extent necessary in supersession of, Docket No. 43.

I, Ahron Berlin, appearing pro se solely for the limited purpose of correcting the record and protecting myself from mistaken identity, declare under penalty of perjury as follows:

1. My name is Ahron Berlin. My address is 1909 New York Ave, Brooklyn, New York 11210.

2. I first learned of these matters entirely by coincidence on March 11, 2026, when my friend, Mr. Martinez, an attorney who was in Bankruptcy Court on an unrelated matter, heard my name mentioned and contacted me about them.

3. I am not the person identified in filings in these matters as "Aron Berlin" at 4118 14th Avenue, Brooklyn, New York 11219, and I did not sign, file, verify, authorize, or direct the filing of

the petitions, complaint, motions, service papers, or any other papers in these matters that use that identity and address.

4. 4118 14th Avenue, Brooklyn, New York 11219 is not my address. I have never resided at that address and have no association with it.

5. An email address, berlinahron@gmail.com, appears to exist in records associated with me from years ago. I almost never used that account, I did not use it in connection with these matters, I did not authorize anyone to use it on my behalf in these matters, and after reviewing the account I found no messages or activity relating to these proceedings. Its appearance in filings in these matters does not establish that I filed or authorized those papers.

6. I did not receive the January 14, 2026 sanctions motion papers or the February 27, 2026 reply papers at my address. Those papers appear to have been mailed to 4118 14th Avenue, Brooklyn, New York 11219, not to me.

7. I have never appeared in these matters, never sought any relief in these matters, never directed any filing in these matters, and never knowingly participated in these matters in any capacity. To the extent any paper, signature, address, email address, service information, or litigation position in these matters has been attributed to me, that attribution is false as to me and was made without my knowledge, consent, or authorization.

8. To the extent the United States Trustee's papers summarize or characterize other matters involving a person identified as "Aron Berlin" or "Ahron Berlin," I do not by this limited filing admit the accuracy or completeness of those characterizations, and I do not admit that those characterizations establish that I filed, signed, authorized, or participated in the filings at issue in these matters. My request here is limited and specific: that no allegation, dismissal history, service history, or sanctions theory drawn from other matters be used to conclude

that I filed or authorized the filings at issue here without competent evidence connecting me to these specific filings.

9. I respectfully request that the Court protect me from prejudice arising from filings I did not make and did not authorize.

This corrected motion is made pursuant to Rules 9013 and 9014 of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 9013-1(a). The motion seeks narrow protective relief only. It asks the Court to clarify the record and prevent prejudice to Ahron Berlin based on filings he states under penalty of perjury that he did not sign, file, authorize, or direct. Because Local Bankruptcy Rule 9013-1(a) permits the legal basis to be stated in the motion itself, no separate memorandum of law is submitted.

**WHEREFORE, I respectfully request that the Court:**

(a) note this declaration of mistaken identity and unauthorized use of my name;

(b) clarify that no relief, sanction, default, adverse finding, or service consequence shall be entered against me personally based on filings I did not make or authorize;

(c) deem any purported service at 4118 14th Avenue, Brooklyn, New York 11219 not to be service on me;

(d) declare that I was not the filer, signatory, petitioning creditor, plaintiff, or appearing party in these matters, and that no act, omission, filing, or purported service attributed to "Aron Berlin" at 4118 14th Avenue, Brooklyn, New York 11219 shall be deemed an act, omission, filing, or service by or upon me;

(e) clarify that no allegation, characterization, dismissal history, service history, or sanctions theory drawn from other matters shall be deemed proof that I filed, signed, authorized, or participated in the filings at issue in these matters absent competent evidence connecting me to these specific filings;

(f) direct such correction, annotation, restriction, or redaction of the record as the Court deems appropriate to prevent prejudice to me; and

(g) grant such other relief as is just and proper.

Dated: March 16, 2026
Brooklyn, New York

/s/ Ahron Berlin
Ahron Berlin, Pro Se
1909 New York Ave
Brooklyn, NY 11210
Telephone: 347-254-3532
Email: fax100@gmail.com

## EXHIBIT A - REDACTED PROOF OF CORRECT NAME AND ADDRESS

Attach one redacted document showing your correct name
and current address before filing.

| |
|---|
| Examples: redacted driver's license, utility bill, government letter,<br>or other single page showing Ahron Berlin and 1909 New York Ave. |


NEW YORK STATE USA
DRIVER LICENSE
NOT FOR FEDERAL PURPOSES
Class E
718
BERLIN
AHRON
1909 NEW YORK AVE 2
BROOKLYN NY 11210
1949
/2026
/2033
Sex M Height 5'-11" Eyes BRO
AUG 25 49

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**POUGHKEEPSIE DIVISION**

| | |
|---|---|
| In re:<br>**LAURELS OF FALLSBURG LLC,**<br>Alleged Debtor. | **Case No. 25-35887 (KYP)**<br>(Chapter 11) |
| In re:<br>**651 LAKES LLC,**<br>Alleged Debtor. | **Case No. 25-35891 (KYP)**<br>(Chapter 7) |
| In re:<br>**MAGICSOFT GROUP, INC.,**<br>Alleged Debtor. | **Case No. 25-35888 (KYP)**<br>(Chapter 7) |
| **ARON BERLIN, et al.,**<br>Plaintiffs,<br>v.<br>**JENNIFER SAFKEN, et al.,**<br>Defendants. | **Adv. Pro. No. 25-09019 (KYP)** |

## PROPOSED ORDER ON CORRECTED MOTION

Upon the Corrected Motion to Correct the Record, for Protective Relief, and Declaration of Ahron Berlin, it is hereby

ORDERED, that this corrected motion is filed in clarification of, and to the extent necessary in supersession of, Docket No. 43, which was entered on the docket as a letter although the filing sought motion relief; and it is further

ORDERED, that Ahron Berlin, 1909 New York Ave, Brooklyn, NY 11210, is not the filer identified in these matters as "Aron Berlin" at 4118 14th Avenue, Brooklyn, NY 11219; and it is further

ORDERED, that no sanction, default, adverse finding, service consequence, or other relief shall be entered against Ahron Berlin personally based on filings he did not make or authorize; and it is further

ORDERED, that any purported service at 4118 14th Avenue, Brooklyn, NY 11219 shall not be deemed service on Ahron Berlin; and it is further

ORDERED, that no allegation, characterization, dismissal history, service history, or sanctions theory drawn from other matters shall be deemed proof that Ahron Berlin filed, signed, authorized, or participated in the filings at issue in these matters absent competent evidence connecting him to these specific filings; and it is further

ORDERED, that the Clerk and/or parties shall take reasonable steps to avoid continued misidentification of Ahron Berlin in these matters.

Dated: ___________________, 2026
Poughkeepsie, New York

__________________________________
HON. KYU YOUNG PAEK
UNITED STATES BANKRUPTCY JUDGE